## Clarence SIMONS v. STATE.
### No. 16319.

Court of Criminal Appeals of Texas.
Dec. 13, 1933.

Hugh A. McCarley, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for rape; punishment, ninety-nine years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear to be regular.

No error appearing, the judgment will be affirmed.

## Claude VAUGHN v. STATE.
### No. 16354.

Court of Criminal Appeals of Texas.
Nov. 8, 1933.

Rehearing Denied Dec. 20, 1933.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear to be regular, and the judgment will be affirmed.

## Lonnie E. WALTHALL v. STATE.
### No. 16320.

Court of Criminal Appeals of Texas.
Dec. 13, 1933.

Everett B. Parks and Baskett & De Lee, all of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, five years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear to be regular.

No error appearing, the judgment will be affirmed.

## Fred WARREN v. STATE.
### No. 16155.

Court of Criminal Appeals of Texas.
Dec. 13, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for aggravated assault; punishment, three months in the county jail, and a fine of $25.

The record is here without any statement of facts or bills of exception. All matters of procedure appear to be regular.

No error appearing, the judgment will be affirmed.

## AMERICAN BANKERS' INSURANCE COMPANY v. Carroll CAMPBELL.
### No. 2452.

Court of Civil Appeals of Texas. Beaumont.
Dec. 1, 1933.

Rehearing Denied Dec. 13, 1933.

Adams & McAlister, of Nacogdoches, for plaintiff in error.

Anderson & Lewis, of Center, for defendant in error.

COMBS, Justice.

This case is by writ of error from a judgment of the county court of Shelby county, Tex., dismissing a writ of certiorari sued out in that court by plaintiff in error to review a judgment of the justice court, precinct No. 1.

The amount in controversy, as reflected by the judgment, is $64.20. Since the amount in controversy is not within the jurisdiction of this court, the writ of error is dismissed at the cost of plaintiff in error.